# United States Court of Appeals for the Fifth Circuit

No. 21-10177
CONSOLIDATED WITH
No. 21-10179
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 21, 2021

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

RANDY ROSENDO FLORES,

*Defendant—Appellant*.

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 5:20-CR-109-1
USDC No. 5:16-CR-17-2

Before JOLLY, WILLETT, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:*

The attorney appointed to represent Randy Rosendo Flores has moved for leave to withdraw and has filed a brief in accordance with *Anders*

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 21-10177
c/w No. 21-10179

*v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Flores has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.